```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Jose L. Linares
                              :
            v.                :
                              :    Criminal No. 09-601 (JLL)
                              :
JUAN CARLOS DONE and          :    COMPLEX CASE ORDER
ENRIQUE DONE
```

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendants Juan Carlos Done (Craig O'Connor, Esq., appearing) and Enrique Done (Roy Greenman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

     1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; and

     2. The ends of justice served by a continuance of the trial date in this matter until October 21, 2010 outweigh the interest of the public and the defendant in a speedy trial.

     IT IS, therefore, on this _19th_ day of May, 2010,

     ORDERED that:

the trial date in this matter is continued until October 21, 2010, and that the period of time from May 19, 2010 through October 21, 2010 shall be excluded for the purposes of computing

time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Discovery will be provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure on or before June 30, 2010.

2. Defendants shall file pretrial motions on or before August 30, 2010;

3. The Government shall respond to such motions on or before September 24, 2010;

4. The return date for pretrial motions shall be October 14, 2010; and

5. Trial shall commence on October 21, 2010 at 10:00 a.m.

---
HON. JOSE L. LINARES
United States District Judge