UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | |
| | : | Criminal No. 09-601 (JLL) |
| JUAN CARLOS DONE and | : | CONTINUANCE ORDER |
| ENRIQUE DONE | | |

    This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendants JUAN CARLOS DONE (Bruce Rosen, Esq., appearing) and ENRIQUE DONE (Roy Goodman, Esq., appearing)and good cause having been shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

    (2) defendant JUAN CARLOS DONE recently was asisgned Mr. Rosen as counsel, replacing his former counsel;

    (3) The defendants consent to the continuance; and

    (4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __18th__ day of October, 2010,

ORDERED that:

the trial date in this matter is continued until February 24, 2010, and that the period of time from October 21, 2010 (the trial date from the previous continuance order) through February 24, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **December 15, 2010**;

2. The Government shall respond to such motions on or before **January 17, 2011**;

3. The return date for pretrial motions shall be **February 10, 2011**; and

4. Trial shall commence on **February 24, 2011** at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

2