UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares
                                 Crim. No. 09-601
        v.                  :
                                 CONTINUANCE ORDER
ENRIQUE DONE and            :
JUAN DONE

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), and defendants Enrique Done (by Roy Greenman, Esq.) and Juan Done (by Bruce Rosen, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the parties having been heard by the Court on May 2, 2011; and Enrique Done and Juan Done having each filed pre-trial motions; and Juan Done having indicated that he intends to file an additional pre-trial motion; and preparation and trial of this matter being anticipated to require several months due to the number of defendants and nature of the prosecution; and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and as the parties

have consented to an additional continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendants have each filed a pre-trial motion and Juan Done has indicated that he intends to file an additional pre-trial motion;

2. Preparation and trial of this matter is anticipated to require several months due to the number of defendants and nature of the prosecution;

3. The parties have consented to the aforementioned continuance; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___9___ day of May, 2011,

IT IS ORDERED that defense motions (other than in limine motions) shall be filed by May 9, 2011, the government's reply shall by filed by May 31, 2011, the defense sur-reply, if any, shall be filed by June 7, 2011, and the trial is scheduled for November 1, 2011 at 10 A.M.; and

2

IT IS FURTHER ORDERED that the period from the date of this order, through November 1, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(7).

                                                                       _____
HON. JOSE L. LINARES
United States District Judge