# SALUTI LAW GROUP

COUNSELORS AT LAW
50 PARK PLACE, SUITE 1001
NEWARK, NJ 07102-4300
www.salutilawgroup.com
TELEPHONE: 973--792--1999
FACSIMILE: 973--792--0999

Gerald M. Saluti, Esq.
Email: gsaluti@salutilawgroup.com

Garrett M. Fruchtman, Esq.
Email: gfruchtman@salutilawgroup.com

Camille Claudio, JD
c.claudio@salutilawgroup.com

May 4, 2012

Hon. Jose L. Linares, USDJ
United States District Court
District of New Jersey
1 John F. Gerry Plaza
Camden NJ 08101

    RE:  UNITED STATES V. JUAN DONE, et. al.
          DOCKET NO.: 09-cr-00601 (JLL)
          REQUEST FOR ADJOURNMENT

    VIA: ELECTRONIC FILING

Honorable Judge Linares:

    Please accept this letter in lieu of a more formal motion & brief. I humbly request that if anything is deficient, that we be given the opportunity to correct such discrepancy.

    My wife has been in a battle with cancer for just over six years, she was recently diagnosed with two breast tumors, which

1

will be operated on May 9, 2012. We have six children and I will be required to be home through the end of the week.

I received via electronic notification a sentencing date of 5/11. I humbly ask and pray that the court allow me until June 1 2012 to appear for this sentencing and that I be allowed to submit my sentencing memorandum with objection by 5.9/2012. Respectfully submitted,

Dated: 5/4/2012             // Gerald M. Saluti //
                            Gerald M. Saluti, Esq.

Cc: Juan Enrique Done

ORDERED,

Sentence scheduled for 06/27/2012 at 1:30 PM. Sentencing memorandum with objection due by 05/09/2012.

SO ORDERED: _____
DATED: May 8, 2012